**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
    Government,

 -against-

EMMANUEL BARNES,
    Defendant.
-------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

  The conference previously scheduled for Wednesday, July 7, 2021 is hereby rescheduled to Wednesday, July 21, 2021 at 9:00 am.

  In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0433

Dated: July 7, 2021
   New York, NY

               _____
                 RICHARD M. BERMAN
                    U.S.D.J.