**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

     -against-

EMMANUEL BARNES,
                Defendant.
-------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

      The conference previously scheduled for Wednesday, July 21, 2021 at 9:00 am is hereby rescheduled to 10:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0433

Dated: July 7, 2021
      New York, NY

                                               _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.