**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                            21 CR. 433 (RMB)

   -against-

                                                                                         **ORDER**

EMMANUEL BARNES,
               Defendant.
------------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, August 31, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0433

Dated: August 19, 2021
       New York, NY

                                                                             _____
                                                                              RICHARD M. BERMAN
                                                                                    U.S.D.J.