UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Government,                **ORDER**

         -against-                      21 **cr** 433 (RMB)

EMMANUEL BARNES,

                    Defendant.
------------------------------------------------------------X

       For the reasons stated on the record today, the Defendant's bail conditions are modified to include weekly individual therapeutic counseling, effective immediately. See transcript of proceedings held on August 31, 2021 for a complete record.

Dated: New York, New York
       August 31, 2021

*Richard M. Berman*
_____
**RICHARD M. BERMAN, U.S.D.J.**