UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Friday, September 17, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0433

Dated: September 8, 2021
       New York, NY

                                    _____
                                         RICHARD M. BERMAN
                                             U.S.D.J.