**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        21 CR. 433 (RMB)

   -against-

                                                        **ORDER**

EMMANUEL BARNES,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the conference scheduled for Wednesday, November 17, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0433

Dated: November 10, 2021
       New York, NY

                                                               _____
                                                                    RICHARD M. BERMAN
                                                                         U.S.D.J.