**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
               Government,

   -against-

EMMANUEL BARNES,
               Defendant.
-----------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

      The suppression hearing scheduled for Tuesday, December 14, 2021 at 1:00 PM will take place in Courtroom 17B.

Dated: December 9, 2021
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                     U.S.D.J.