**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**<u>ORDER</u>**

The proceeding scheduled for Thursday, February 3, 2022 at 9:30 AM is hereby rescheduled to Thursday, March 31, 2022 at 9:00 AM.

Dated: January 27, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.