UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

    -against-

EMMANUEL BARNES,
           Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, March 16, 2022 at 11:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0433

Dated: March 9, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.