UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                            21 CR. 433 (RMB)

   -against-

                                                                                                                         **<u>ORDER</u>**

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, April 14, 2022 at 9:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0433

Dated: April 6, 2022
       New York, NY

                                                         _____
                                                            RICHARD M. BERMAN
                                                                   U.S.D.J.