# Federal Defenders
## OF NEW YORK, INC.

**Southern District**
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/22

April 13, 2022

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

**Re: United States v. Emmanuel Barnes, 21 Cr. 433 (RMB)**

Dear Judge Berman:

I write with the Government's consent to respectfully request that the Court
adjourn the April 14 conference in this matter to April 20, 2022, at 3:30 p.m. This
request is because Mr. Barnes, who as the Court knows is currently in residential
drug treatment, completes stabilization on the morning of the 14th and will be
transported from one drug treatment facility to another, meaning he will likely be
unable to attend the currently scheduled conference, even remotely.

Should the Court grant an adjournment, I consent to an exclusion of time under the
Speedy Trial Act until the adjourn date. Thank you for your attention to this
request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   All counsel

Application granted.

SO ORDERED:
Date: 4/13/22      *Richard M. Berman*
                   Richard M. Berman, U.S.D.J.