**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                      21 CR. 433 (RMB)

 -against-

                      **ORDER**

EMMANUEL BARNES,
    Defendant.
-----------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, June 15, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0433

Dated: June 8, 2022
   New York, NY

                     _____
                       RICHARD M. BERMAN
                          U.S.D.J.