# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/22

July 11, 2022

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

**Re: United States v. Emmanuel Barnes, 21 Cr. 433 (RMB)**

Dear Judge Berman:

I write with the consent of the Government and Pretrial Services to respectfully request that the Court modify Mr. Barnes's bond conditions to impose a curfew to be determined by Pretrial. Mr. Barnes is released on bond conditions including, as relevant, home detention with electronic monitoring. As the Court is aware, Mr. Barnes recently completed an in-patient drug program and has now returned home. His 11-year-old son is residing with him for the entire summer, and Mr. Barnes wishes to be able to accompany his son outside the home during the day. Accordingly, I request that the Court modify his bond conditions to remove home detention and replace it with a curfew to be determined by Pretrial.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Ashley Cosme, Pretrial Services
    AUSA Matthew King

_Application granted on consent._

SO ORDERED:
Date: 7/12/22         Richard M. Berman
                      Richard M. Berman, U.S.D.J.