**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

-against-

EMMANUEL BARNES,
               Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

      The continuation of the June 15, 2022 suppression hearing previously scheduled for Wednesday, August 10, 2022 at 9:00 AM is hereby rescheduled to Tuesday, August 9, 2022 at 1:00 PM. The hearing will take place in Courtroom 17B.

Dated: August 2, 2022
       New York, NY

_Richard M. Berman_
_____
RICHARD M. BERMAN
U.S.D.J.