**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                                                                       21 CR. 433 (RMB)
  -against-

                                                                       **ORDER**

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

       The proceeding previously scheduled for Wednesday, October 19, 2022 at 11:30 AM is hereby rescheduled to Tuesday, October 25, 2022 at 9:00 AM

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-In Number: (646) 453-4442
       Conference ID: 128 558 14#

Dated: October 6, 2022
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  RICHARD M. BERMAN
                                                      U.S.D.J.