**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

      The status conference scheduled for Thursday, December 1, 2022 at 12:00 PM is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Access Code: 344 461 295#

Dated: November 15, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.