

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2022

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Emmanuel Barnes*, 21 Cr. 433 (RMB)

Dear Judge Berman:

The parties are scheduled to appear for a status conference in this matter on December 1, 2022, at 12:00 P.M. The Government has a scheduling conflict as I am also scheduled to appear for a violation of supervised release hearing on a separate matter at that time.

In light of that unavailability, and due to the fact that the parties have begun to discuss a possible pretrial disposition, the Government respectfully requests a two-week adjournment of the status conference. The Government also respectfully requests that the time between December 1, 2022, and the date of the next scheduled conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties additional time to discuss a potential disposition of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Jaclyn Delligatti*
Jaclyn Delligatti
Assistant United States Attorney
Southern District of New York
(212) 637-2559
Jaclyn.Delligatti@usdoj.gov

Application granted. Conference adjourned to Thursday, December 15, 2022 at 11:00 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/22/22
Richard M. Berman, U.S.D.J.

nt, by ECF