UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                   21 CR. 433 (RMB)

   -against-

                                                                                              **ORDER**

EMMANUEL BARNES,
                Defendant.
------------------------------------------------------------X

       The status conference scheduled for Thursday, December 15, 2022 at 11:00 A.M. is hereby rescheduled to 11:30 A.M. on the same date.

       In the absence of defense objection – the proceeding is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 828-7666
       Access Code: 160 107 9548#

Dated: December 12, 2022
       New York, NY

                                                                   _____
                                                                      RICHARD M. BERMAN
                                                                           U.S.D.J.