# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 13, 2022

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

**Re: United States v. Emmanuel Barnes, 21 Cr. 433 (RMB)**

Dear Judge Berman:

I write with the Government's consent to respectfully request that the Court adjourn the December 15 conference in this matter by approximately one week. This request is because the parties are close to a disposition but have not yet finalized one. The parties anticipate having reached a resolution in one week's time.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Jaclyn Delligatti, Esq.

> Adjournment is granted. The Court can hold a remote proceeding on 12/22/22 at 9:00am.
>
> SO ORDERED:
> Date: 12/13/22.   Richard M. Berman
> Richard M. Berman, U.S.D.J.