UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

EMMANUEL BARNES,
               Defendant.
------------------------------------------------------------X

21 CR. 433 (RMB)

**ORDER**

The status conference scheduled for Thursday, December 22, 2022 at 9:00 A.M. is hereby rescheduled to 11:00 A.M. on the same date.

In the absence of defense objection – the proceeding is being held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Access Code: 774 293 772#

Dated: December 15, 2022
       New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                              U.S.D.J.