USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-

21 **CR.** 433 (RMB)

EMMANUEL BARNES,

           Defendant.
-----------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on January 23, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that Emmanuel Barnes's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the sentence will be held on April 26, 2023 at 11:00 am; Defense submission is due April 6, 2023; and Government submission is due April 13, 2023.

Dated: New York, New York
       February 1, 2023

*RMB*
_____
RICHARD M. BERMAN, U.S.D.J.