**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 433 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| EMMANUEL BARNES, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The sentencing scheduled for Wednesday, April 26, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: April 19, 2023
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.