UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                       :
                           Government,      :      21 CR. 433 (RMB)
                                                                       :
          - against -                        :      **ORDER**
                                                                       :
EMMANUEL BARNES,                             :
                                                                       :
                           Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 19, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 508 920 304#

Dated: December 11, 2024
       New York, NY

                                          _____
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**