**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,     :     21 CR. 433 (RMB)
                                          :
    - against -                       :     **ORDER**
                                          :
                                          :
EMMANUEL BARNES,                          :
                                          :
                Defendant.      :
-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, March 18, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 12, 2025
       New York, NY

                                                      _____
                                                         RICHARD M. BERMAN
                                                              U.S.D.J.