**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,     21 CR. 433 (RMB)

     - against -     **ORDER**

EMMANUEL BARNES,

                    Defendant.
---------------------------------------------------------------x

       The plea and sentencing scheduled for Tuesday, June 3, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: May 28, 2025
       New York, NY

                                             _____
                                                 RICHARD M. BERMAN
                                                     U.S.D.J.