**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                  :

                  Government,     :        21 Cr. 433 (RMB)

                                  :

      - against -              :        **ORDER**

                                  :

                                  :

EMMANUEL BARNES,           :

                                  :

              Defendant.      :

---------------------------------------------------------------x


       The Court will hold a supervised release hearing on January 26, 2026 at 12:30 P.M. in Courtroom 17B.


Dated: January 22, 2026
      New York, NY


                                              *RMB*

                                —————————————————————
                                   **RICHARD M. BERMAN**
                                      **U.S.D.J.**