**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                        :

                            Government,          :          21 Cr. 433 (RMB)
                                                 :
            - against -                          :          **ORDER**
                                                 :
                                                 :
EMMANUEL BARNES,                                 :
                                                 :
                            Defendant.           :
-------------------------------------------------------------------x

     The supervised release hearing previously scheduled for January 26, 2026 at 12:30 P.M. is hereby rescheduled to Monday, February 9, 2026 at 12:30 P.M. The hearing will take place in Courtroom 17B.

Dated: January 26, 2026
     New York, NY

                                 *RMB*
                      _____
                        **RICHARD M. BERMAN**
                        **U.S.D.J.**