UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :          21-Cr-433 (RMB)

       -against-                                      :

EMMANUEL BARNES,                               :          ORDER

             Defendant(s).       :

-------------------------------------------------------------------x

      A supervised release hearing having been held today in connection with defendant's alleged violations of supervised release, which include an altercation at a drug treatment center,

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York, pending Defendant's supervised release hearing to be held on March 17, 2026 upon the alleged violations of supervision. For the reasons stated on the record, the Court finds that the defendant may pose a danger to the community if he remains at large prior to his hearing on March 17, 2026.

      **Defendant shall participate in a program for substance abuse while he is remanded.**

Dated: February 13, 2026
       New York, New York

                                  _____
                                  Richard M. Berman, U.S.D.J.