**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                   Government,      :     21 Cr. 433 (RMB)

        - against -          :     **ORDER**

EMMANUEL BARNES,          :

                  Defendant.    :
-------------------------------------------------------------------x

      The supervised release hearing is scheduled for March 17, 2026 at 10:30 A.M. in Courtroom 17B.

Dated: March 13, 2026
      New York, NY

                                        **RICHARD M. BERMAN**
                                           **U.S.D.J.**