**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                                    Government,    :        21 Cr. 433 (RMB)
                                                   :
              - against -                          :        **ORDER**
                                                   :
                                                   :
EMMANUEL BARNES,                                   :
                                                   :
                                    Defendant.     :
------------------------------------------------------------------x


The hearing previously scheduled for March 17, 2026 at 10:30 A.M. is rescheduled to

March 19, 2026 at 10:00 A.M. in Courtroom 17B.


Dated: March 17, 2026
       New York, NY


                                              **RICHARD M. BERMAN**
                                                   **U.S.D.J.**