**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                                                   :

                        Government,             :           21 Cr. 433 (RMB)

                                                   :

       - against -                              :           **ORDER**

                                                   :

EMMANUEL BARNES,                                   :

                                                   :

                    Defendant.              :

-------------------------------------------------------------x

The sentencing scheduled for April 27, 2026 at 10:00 A.M. will be in Courtroom 17B.

Dated: April 24, 2026
      New York, NY

                                      **RICHARD M. BERMAN**
                                          **U.S.D.J.**